Decided May 25, 2000

## STATE OF CONNECTICUT *v.* RICARDO MILLS

The petition of the state of Connecticut for certification for appeal from the Appellate Court, 57 Conn. App. 202 (AC 17986), is denied.

MCDONALD, C. J., and VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Harry Weller*, senior assistant state's attorney, in support of the petition.

*Elizabeth M. Inkster*, assistant public defender, in opposition.

Decided May 25, 2000